UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAMS, et al., | No. 2:14-cv-1657 TLN CKD P |
| Plaintiffs, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiffs, 57 current or former state prisoners proceeding through counsel, have filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiffs have paid the filing fee for this action.

The federal venue statute provides that a civil action

> may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).

Upon reviewing the complaint, the court finds that venue is more appropriate over this civil action in the Fresno Division of this court.  Plaintiffs' complaint concerns their allegedly unconstitutional placement, and retention, at "hyper-endemic prisons," including Pleasant Valley

1  State Prison, and Avenal State Prison, where they were allegedly exposed to and contracted

2  Coccidioidomycosis or "Valley Fever." Witnesses and the evidence necessary for the resolution

3  of plaintiffs' claims would appear to be more readily available within the boundaries of the

4  Fresno Division of this court where all of the institutions at issue are located.

5  Moreover, there is an existing and previously-filed class action proceeding in the Fresno

6  Division of this court, <u>Jackson, et al. v. State of California, et al.</u>, Case No. 1:13-cv-1055 LJO

7  SAB, concerning inmates' exposure to "Valley Fever." In fact, two other cases filed by

8  plaintiffs' lawyers, <u>Smith, et al. v. Schwarzenegger, et al.</u>, Case No. 2:13-cv-2254 DAD, and

9  <u>Abukar, et al. v. Schwarzenegger, et al.</u>, Case No. 2:14-cv-1137 TLN KJN P, also concerning

10 inmates' exposure to "Valley Fever," have been transferred from this court to the Fresno Division

11 and related to the previously-filed Fresno class action.

12 For all the foregoing reasons, and in the interest of justice, the court transfers this action to

13 the Fresno Division of the court. <u>See</u> 28 U.S.C. § 1404(a) and Local Rule 120(f).

14 Good cause appearing, IT IS HEREBY ORDERED that:

15 1. This action is transferred to the United States District Court for the Eastern District of

16 California sitting in Fresno; and

17 2. All future filings shall reference the new Fresno case number assigned and shall be

18 filed at:

   United States District Court
   Eastern District of California
   2500 Tulare Street
   Fresno, CA 93721

Dated:  August 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
Adam1657.tf

2