# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ADAMS, et al., | Case No. 1:14-cv-01226-LJO-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (ECF Nos. 9, 10) |
| Defendants. | |

On August 5, 2014, this action was transferred from the Sacramento Division of the Eastern District of California to the Fresno Division. (ECF No. 5.) On August 12, 2014, this action was related to Jackson, et al. v. State of California, et al., 1:13-cv-01055-LJO-SAB; Smith, et al. v. Schwarzeneggar, et al., 1:14-cv-00060-LJO-SAB;. Beagle, et al. v. Schwarzeneggar, et al., 1:14-cv-00430-LJO-SAB; and Abukar, et al. v. Schwarzenegger, et al., 1:14-cv-00816-LJO-SAB.

On August 14, 2014, an order issued requiring Plaintiffs' counsel to show cause why sanctions should not issue for the failure to file a notice of related case in these related actions. (ECF No. 9.) On August 14, 2014, Plaintiffs filed a response to the order to show cause. (ECF No. 10.) Plaintiffs' response addresses filing cases in the Northern District, however the cases have been filed in the Sacramento Division of the Eastern District and the Court assumes that this is an error.

1

Based upon Plaintiffs' response the order to show cause it is HEREBY ORDERED that the order to show cause filed August 13, 2014 is DISCHARGED. Counsel is advised that further failures to inform the Court of related cases could result in the imposition of monetary sanctions.

IT IS SO ORDERED.

Dated:  **August 15, 2014**

UNITED STATES MAGISTRATE JUDGE

2